## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:  LINDA L. OATES**   **:**   **CHAPTER 13**
            **:**
  **Debtor**       **:**   **NO. 25-10333**

## <u>ORDER</u>

AND NOW, this    day of     , 2025, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an extension to **February 24, 2025** in which to

file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

**Date: February 20, 2025**

_____
                     J.