United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10333-amc |
| Linda L. Oates | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 25, 2025 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda L. Oates, 28 Quill Road, Levittown, PA 19057-2017 |
| 14984469 | + | TD Bank, N.A., c/o Edward J. McKee, PA Bar No. 316721, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14972410 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14994232 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2025 00:46:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14972388 | + | Email/PDF: bncnotices@becket-lee.com | Jun 26 2025 00:59:36 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14972389 | + | Email/PDF: bncnotices@becket-lee.com | Jun 26 2025 00:46:51 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14972390 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:59:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14972391 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:46:54 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14972393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:59:53 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14972392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:59:45 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14981271 | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 00:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14972395 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2025 00:45:30 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 14972394 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2025 00:45:30 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14972396 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:59:56 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14972397 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:59:37 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14985589 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 26 2025 00:46:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14972398 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 26 2025 00:47:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14972399 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 26 2025 00:47:00 | Mariner Finance, 8211 Town Center Dr, |

Case 25-10333-amc    Doc 23    Filed 06/27/25    Entered 06/28/25 00:42:20    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 155 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 14972400 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 26 2025 00:46:52 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14990417 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 00:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14991222 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:47:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14989838 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:47:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14972401 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:47:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 14972402 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:47:00 | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 14972403 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:47:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 14972404 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:47:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14975779 | ^ | MEBN | Jun 26 2025 00:42:38 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14993520 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 00:59:33 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14972406 | + | Email/Text: servicing@svcfin.com | Jun 26 2025 00:47:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14972405 | ^ | MEBN | Jun 26 2025 00:42:59 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 14990414 | | Email/Text: bankruptcy@bbandt.com | Jun 26 2025 00:47:00 | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14972407 | + | Email/Text: bankruptcy@td.com | Jun 26 2025 00:47:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14972408 | + | Email/Text: bankruptcy@td.com | Jun 26 2025 00:47:00 | TD Bank, Po Box 219, Lewiston, ME 04243 |
| 14972409 | + | Email/Text: bankruptcy@td.com | Jun 26 2025 00:47:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14985234 | ^ | MEBN | Jun 26 2025 00:42:53 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14988191 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 25, 2025 | Form ID: 155 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Linda L. Oates support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Linda L. Oates

Debtor(s).

Case No. 25−10333−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 24, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court