**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Linda L. Oates<br><br>　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 25-10333-amc |

## NOTICE OF APPEARANCE AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE the undersigned notifies the Court that Brett L. Messinger, will be substituted as attorney of record for TD Bank, N.A., a Creditor in this case. PLEASE TAKE FURTHER NOTICE that TD Bank, N.A. requests that copies of all pleadings, petitions, motions, answers, objections, memoranda, briefs, notices, reports, requests, orders and all other documents filed and/or delivered in and/or in connection with the Case be sent to the following counsel for TD Bank, N.A.:

> Brett L. Messinger, Esq.
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Phone:  215-979-1508
> Fax:  302-657-4901
> Email: BMessinger@duanemorris.com

Respectfully submitted

| | |
|---|---|
| /s/ *Edward J. McKee* | /s/ *Brett L. Messinger* |
| Edward J. McKee | Brett L. Messinger |
| Withdrawing Attorney | Substituted Attorney |

Dated: February 3, 2026

DM1\20580612.1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Linda L. Oates<br><br>        Debtors | Chapter 13<br><br>Bankruptcy No. 25-10333-amc |

**CERTIFICATION OF SERVICE**

1. I, Brett L. Messinger:

    ☒ represent TD Bank, N.A. in this matter.

    ☐ am the secretary/paralegal for Brett L. Messinger, who represents TD Bank, N.A. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On February 3, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Substitution and Withdrawal of Counsel

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: February 3, 2026                                /s/ Brett L. Messinger
                                                      Brett L. Messinger

DM1\20580612.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Linda L. Oates<br>28 Quill Road<br>Levittown, PA 19057 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (  ) |
| Paul H. Young, Esq.<br>Young, Marr, Mallis & Deane,LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| United States Trustee<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |

DM1\20580612.1